**DISMISS; and Opinion Filed December 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01502-CV

**CORTEZ MILLS AND CAMILLE CARROLL, Appellants**
**V.**
**TEXAS VASCULAR ASSOCIATES, PA, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04630-D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Before the Court is a letter from appellee signed by counsel for all parties. We treat this letter as an agreed motion to dismiss the appeal. In their motion, the parties state that they have reached an agreement. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141502F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CORTEZ MILLS AND CAMILLE
CARROLL, Appellants

No. 05-14-01502-CV     V.

TEXAS VASCULAR ASSOCIATES, PA,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-12-04630-D.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee TEXAS VASCULAR ASSOCIATES, PA recover its costs of this appeal from appellants CORTEZ MILLS AND CAMILLE CARROLL.

Judgment entered this 30th day of December, 2014.